UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE MOORE,

    Petitioner,

v                                       Case No. 06-12876

CINDI S. CURTIN,               DISTRICT JUDGE ARTHUR J. TARNOW

    Respondent.             MAG. JUDGE PAUL J. KOMIVES

                                     /

**<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

    Before the Court is Magistrate Judge Komives' Report and Recommendation [Docket #19-1] filed March 26, 2007. The Magistrate Judge recommends that this Court deny Petitioner's application for the writ of habeas corpus. No objections were filed.

    Having review the file and the Report and Recommendation the Court **ADOPTS** the Report and Recommendation as the findings and conclusions of the Court. Accordingly, Petitioner's application for the writ of habeas corpus is **DENIED.**

                                                          <u>s/Arthur J. Tarnow</u>
                                                          Arthur J. Tarnow
                                                          United States District Judge

Dated: December 17, 2007

I hereby certify that a copy of the foregoing document was served upon parties/counsel of record on December 17, 2007, by electronic and/or ordinary mail.

                                                         <u>s/Catherine A. Pickles</u>
                                                         Judicial Secretary